STEVEN G. KALAR
Federal Public Defender
HANNI FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Leah Vaughn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEAH VAUGHN,<br><br>Defendants. | CR 15-332-JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING TO OCTOBER 25, 2017 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: October 11, 2017<br>Time: 10:30 a.m. |

Ms. Vaughn is charged in an eleven count indictment with wire fraud, in violation of 18 U.S.C. § 1343, filing false claims, in violation of 18 U.S.C. § 287, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. She is not in custody. A status hearing in this case is set for October 11, 2017. The government has produced approximately 24,000 pages of discovery pursuant to a protective order.

The parties are continuing to negotiate a resolution to the case and request the Court continue the status hearing one last time. The proposed diversion resolution agreed to by Ms. Vaughn and recommended by the U.S. Attorney's Office for the Northern District of California, was rejected by the U.S. Department of Justice, Tax Division. Nonetheless the parties are continuing to work together to resolve the case. If the parties are unable to reach a resolution, then the parties will propose a briefing schedule to the Court concerning a motion to dismiss the indictment for Speedy Trial violation due to post-indictment delay that Ms. Vaughn intends to file.

1 | Therefore, the parties request the status hearing in this case be continued to October 25, 2017 at 10:30 a.m. in the San Francisco courthouse to provide additional time for the parties to negotiate a resolution to the case.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, between October 11 and October 25, 2017. Time has already been excluded between May 18, 2017, the date of Ms. Vaughn's initial appearance, and October 11, 2017 for the effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv). For that same reason, time should continue to be excluded as defense counsel continues reviewing voluminous discovery and the parties continue to pursue a resolution to the case.

Thus, the parties request (1) this Court continue the October 11, 2017 status hearing to October 25, 2017; and (2) exclude time under the Speedy Trial Act.

DATED: October 3, 2017                /s/
                                      HANNI M. FAKHOURY
                                      Assistant Federal Public Defender

DATED: October 3, 2017                /s/
                                      JOSE A. OLIVERA
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby:

1. Continues the October 11, 2017 status hearing to October 25, 2017 at 10:30 a.m., in the San Francisco courthouse;
2. Finds good cause to exclude the time between October 11, 2017 and October 25, 2017 from the Speedy Trial Act for the effective preparation of counsel, taking into account due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv).
3. Barring any unforeseen circumstances, this will be the last continuance.

**IT IS SO ORDERED.**

DATED: October 6, 2017

_____
HONORABLE JAMES DONATO
United States District Judge