STEVEN G. KALAR
Federal Public Defender
HANNI FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Leah Vaughn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEAH VAUGHN,<br><br>Defendant. | CR 15-332-JD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE OCTOBER 25, 2017 STATUS HEARING, SET BRIEFING SCHEDULE AND MOTION HEARING DATE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: October 25, 2017<br>Time: 10:30 a.m. |

Ms. Vaughn is charged in an eleven count indictment with wire fraud, in violation of 18 U.S.C. § 1343, filing false claims, in violation of 18 U.S.C. § 287, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. She is not in custody. A status hearing in this case is set for October 25, 2017. The government has produced approximately 24,000 pages of discovery pursuant to a protective order.

Ms. Vaughn intends to file a motion to dismiss the indictment for a speedy trial violation. The parties have met and conferred regarding the motion and agree to the following briefing schedule:

**November 8, 2017:** Ms. Vaughn's deadline to file pretrial motions

**November 22, 2017:** the government's deadline to file a response

**November 29, 2017:** Ms. Vaughn's deadline to file a reply to the government's response

**December 13, 2017:** motion hearing before the Court on pretrial motions

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND MOTION HEARING AND EXCLUDE TIME
*United States v. Vaughn,* 15-332-JD

1

Therefore, the parties jointly request the Court vacate the October 25, 2016 status hearing, adopt the briefing schedule agreed to by the parties, and set a motion hearing date of December 13, 2017 on the motion at 10:30 a.m. in the San Francisco courthouse.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, between October 25 and December 13, 2017. Time has already been excluded between May 18, 2017, the date of Ms. Vaughn's initial appearance, and October 25, 2017 for the effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv). For that same reason, time should continue to be excluded as defense counsel continues reviewing voluminous discovery and the parties continue to pursue a resolution to the case. After Ms. Vaughn's motion to dismiss is filed, time can also be excluded under 18 U.S.C. § 3161(h)(1)(D) due to a pending pretrial motion.

Thus, the parties request (1) this Court vacate the October 25, 2017 status hearing; (2) set the briefing schedule agreed to above; (3) set a motion hearing date of December 13, 2017 at 10:30 a.m. in the San Francisco courthouse; and (4) exclude time under the Speedy Trial Act.

DATED: October 20, 2017 /s/
HANNI M. FAKHOURY
Assistant Federal Public Defender

DATED: October 20, 2017 /s/
JOSE A. OLIVERA
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND MOTION HEARING AND EXCLUDE TIME
*United States v. Vaughn,* 15-332-JD

2

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby:

1. Vacates the October 25, 2017 status hearing currently set in this case;
2. Adopts the following briefing scheduled agreed to by the parties:

   **November 8, 2017:** Ms. Vaughn's deadline to file pretrial motions

   **November 22, 2017:** the government's deadline to file a response

   **November 29, 2017:** Ms. Vaughn's deadline to file a reply to the government's response
3. Schedules a motion hearing on pretrial motions for December 13, 2017 at 10:30 a.m. in the San Francisco courthouse; and
4. Finds good cause to exclude the time between October 25, 2017 and December 13, 2017 from the Speedy Trial Act for the effective preparation of counsel, taking into account due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: October 23, 2017

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND MOTION HEARING AND EXCLUDE TIME
*United States v. Vaughn,* 15-332-JD

3