1  STEVEN G. KALAR
   Federal Public Defender
2  HANNI FAKHOURY
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  Email: Hanni_Fakhoury@fd.org

7  Attorneys for Leah Vaughn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 15-332-JD |
|---|---|
| Plaintiff, | MOTION FOR BOND EXONERATION AND [PROPOSED] ORDER |
| v. | |
| LEAH VAUGHN, | |
| Defendants. | |

The government has sought leave to dismiss the indictment. *See* Dkt. 23. Should the Court permit dismissal of the indictment, Ms. Vaughn requests the Court also exonerate the appearance bond signed by the Honorable Donna M. Ryu, on May 18, 2017. *See* Dkt. 5.

DATED: November 3, 2017           STEVEN G. KALAR
                                  Federal Public Defender

                                         /S/
                                  HANNI M. FAKHOURY
                                  Assistant Federal Public Defender

# [PROPOSED] ORDER

Upon dismissal of the indictment, the appearance bond signed by the Honorable Donna M. Ryu on May 18, 2017 is hereby exonerated.

Dated: November 14, 2017

_____
HONORABLE JAMES DONATO
United States District Judge

*IT IS SO ORDERED — Judge James Donato*