1    BRIAN J. STRETCH (CABN 163973)
     United States Attorney

2

3    BARBARA J. VALLIERE (DCBN 439353)
     Chief, Criminal Division

4

     JOSE APOLINAR OLIVERA (CABN 279741)
5    Assistant United States Attorneys
         1301 Clay Street, Suite 340S
6          Oakland, CA 94612
         Telephone: (510) 637-3924
7          Facsimile: (415) 436-7009
         Email: jose.olivera@usdoj.gov
8

9    Attorneys for United States of America

10                   UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13    UNITED STATES OF AMERICA,     )   No. 15-CR-00332-JD
                                 )
14         Plaintiff,                  )
                                 )
15      v.                        )   NOTICE OF DISMISSAL
                                 )
16    LEAH VAUGHN,                  )
                                 )
17         Defendant.             )
                                 )

18

19        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20    States Attorney for the Northern District of California dismisses the above Indictment.

21                                      Respectfully Submitted,

22                                      BRIAN J. STRETCH
23                                      United States Attorney

24      Dated: _November 3, 2017_

25                                      BARBARA J. VALLIERE
                                     Chief, Criminal Division
26

27

28

1    Leave is granted to the Government to dismiss the indictment.

2

3    Date: _November 14, 2017_____

4

5    _____
     HON. JAM 
     United State

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Dismissal
     CR 15-00332-JD

                                        2